B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re: BENJAMIN JOSEPH ELLIS
CHRISTINE TD ELLIS
Debtor(s)

Case No. 2:08-bk-01521
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BANK OF AMERICA PO BOX 15643 Wilmington, DE 19884-5463 | BANK OF AMERICA PO BOX 15643 Wilmington, DE 19884-5463 | | | 50,000.00 |
| DON MUNGCAL 255 S GRAND AVE #204 Los Angeles, CA 90012 | DON MUNGCAL 255 S GRAND AVE #204 Los Angeles, CA 90012 | | Contingent Disputed | 40,400.00 |
| INTERNAL REVENUE SERVICE PO BOX 21126 Philadelphia, PA 19114 | INTERNAL REVENUE SERVICE PO BOX 21126 Philadelphia, PA 19114 | | | 28,220.00 |
| CHASE PO BOX 15298 Wilmington, DE 19850-5298 | CHASE PO BOX 15298 Wilmington, DE 19850-5298 | | | 20,026.00 |
| MAYO CLINIC PATIENT FINANCIAL SERVICES 13400 E SHEA BLVD Scottsdale, AZ 85259 | MAYO CLINIC PATIENT FINANCIAL SERVICES 13400 E SHEA BLVD Scottsdale, AZ 85259 | Medical Services | | 16,440.00 |
| SAXON MORTGAGE SERVICES INC PO BOX 161489 Terrell, TX 75161-1489 | SAXON MORTGAGE SERVICES INC PO BOX 161489 Terrell, TX 75161-1489 | 437 W Merrill Ave Chandler, AZ 85233 | Contingent | 372,516.00 (450,000.00 secured) (93,482.00 senior lien) |
| KEY EQUIPMENT FINANCE INC PO BOX 4248 Bellevue, WA 98009 | KEY EQUIPMENT FINANCE INC PO BOX 4248 Bellevue, WA 98009 | 1998 Goshen Van with Lift owned by Cedar Gardens | Contingent Disputed | 25,000.00 (10,000.00 secured) |
| BANK OF AMERICA PO BOX 15027 Wilmington, DE 19850-5027 | BANK OF AMERICA PO BOX 15027 Wilmington, DE 19850-5027 | | | 14,616.00 |
| BANK OF AMERICA PO BOX 60073 City Of Industry, CA 91716-0073 | BANK OF AMERICA PO BOX 60073 City Of Industry, CA 91716-0073 | | Contingent | 13,018.24 |

B4 (Official Form 4) (12/07) - Cont.

In re BENJAMIN JOSEPH ELLIS
CHRISTINE TD ELLIS
Debtor(s)

Case No. 2:08-bk-01521

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CITI<br>BOX 6000<br>The Lakes, NV 89163 | CITI<br>BOX 6000<br>The Lakes, NV 89163 | | | 8,453.00 |
| US FOODSERVICE INC<br>2838 COLLECTIONS CENTER DR<br>Chicago, IL 60693 | US FOODSERVICE INC<br>2838 COLLECTIONS CENTER DR<br>Chicago, IL 60693 | | Contingent<br>Disputed | 4,580.73 |
| COMPASS BANK<br>PO BOX 192<br>Birmingham, AL 35201-0192 | COMPASS BANK<br>PO BOX 192<br>Birmingham, AL 35201-0192 | 2005 Chevrolet Venture LS | | 15,000.00<br><br>(10,984.00 secured) |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 689100<br>Des Moines, IA 50368-9100 | HOME DEPOT CREDIT SERVICES<br>PO BOX 689100<br>Des Moines, IA 50368-9100 | | Contingent<br>Disputed | 3,362.00 |
| BANK OF AMERICA<br>PO BOX 5270<br>Carol Stream, IL 60197-5270 | BANK OF AMERICA<br>PO BOX 5270<br>Carol Stream, IL 60197-5270 | | Contingent<br>Disputed | 2,785.86 |
| AT&T UNIVERSAL CARD<br>PO BOX 44167<br>Jacksonville, FL 32231-4167 | AT&T UNIVERSAL CARD<br>PO BOX 44167<br>Jacksonville, FL 32231-4167 | | | 2,726.00 |
| GILBERT HOSPITAL MEDICAL RESOURCE SYSTEMS<br>PO BOX 40370<br>Mesa, AZ 85274 | GILBERT HOSPITAL MEDICAL RESOURCE SYSTEMS<br>PO BOX 40370<br>Mesa, AZ 85274 | | | 2,719.00 |
| RON ZAHN<br>3116 E SHEA BLVD<br>PMB #182<br>Phoenix, AZ 85082 | RON ZAHN<br>3116 E SHEA BLVD<br>PMB #182<br>Phoenix, AZ 85082 | | Contingent<br>Disputed | 2,028.00 |
| KEY EQUIPMENT FINANCE INC<br>PAYMENT PROCESSING<br>PO BOX 203901<br>Houston, TX 77216-3901 | KEY EQUIPMENT FINANCE INC<br>PAYMENT PROCESSING<br>PO BOX 203901<br>Houston, TX 77216-3901 | | Contingent<br>Disputed | 2,003.91 |
| CITIBUSINESS CARD<br>PO BOX 6411<br>The Lakes, NV 88901-6411 | CITIBUSINESS CARD<br>PO BOX 6411<br>The Lakes, NV 88901-6411 | | Contingent<br>Disputed | 1,978.11 |
| CHASE CARD SERVICES<br>CARDMEMBER SERVICE<br>PO BOX 9001950<br>Louisville, KY 40290-1950 | CHASE CARD SERVICES<br>CARDMEMBER SERVICE<br>PO BOX 9001950<br>Louisville, KY 40290-1950 | | Contingent<br>Disputed | 1,978.11 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **BENJAMIN JOSEPH ELLIS** and **CHRISTINE TD ELLIS**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **March 3, 2008**            Signature   **/s/ BENJAMIN JOSEPH ELLIS**
                                                          **BENJAMIN JOSEPH ELLIS**
                                                          Debtor

Date **March 3, 2008**            Signature   **/s/ CHRISTINE TD ELLIS**
                                                          **CHRISTINE TD ELLIS**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.